## UNITED STATES v. ROMBERG.
### No. 359.

Circuit Court of Appeals, Second Circuit.
June 19, 1945.

John F. X. McGohey, of New York City (Martin J. McLaughlin, of New York City, of counsel), for plaintiff.

Joseph Leary Delaney, of New York City (John L. Goldstone, of New York City, of counsel), for defendant.

Before L. HAND, A. N. HAND, and FRANK, Circuit Judges.

FRANK, Circuit Judge.

In the light of United States v. Achtner, 2 Cir., 144 F.2d 49, 52, the sole question here is whether the Union's executive board had "some * * * adequate reason for ascertaining * * * defendant's citizenship" at "a time of deepening national crisis." We think it did. In so holding, we have considered the nature of defendant's job, the fact that he had received his employment through the Union, and that the Union's board was inquiring into a charge that defendant had done defective work.

Affirmed.